UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                     CHAPTER 13
THOMAS KARASCH
MARY KARASCH                            CASE NO. 12-80690

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     Carrington Mortgage Services LLC     **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 3571

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $4126.29 (Per Proof of Claim) |
| | + 450.00 (Per allowed Cost of Collection Claim) |
| | $4576.29 |
| Amount Paid by Trustee | $4576.29 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐ Thru the Chapter 13 Plan         ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   7/11/17                         /s/Lydia S. Meyer
                                            Lydia S. Meyer, Trustee
                                            308 W. State St., Suite 212
                                            Rockford, IL  61101

Certificate of Service
     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 11th Day of July, 2017.

Dated:   7/11/17                         /s/Cynthia K. Burnard

CARRINGTON MORTGAGE SERVICES, LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3730
ANAHEIM, CA 92806

BANK OF AMERICA
ATTN:  CORRESPONDENCE UNIT
PO BOX 5170
SIMI VALLEY, CA  93062

JILL LUETKENHAUS  #6299380
KOZENY & MCCUBBIN ILLINOIS LLC
105 WEST ADAMS STREET  SUITE 1850
CHICAGO, IL 60603

CARRINGTON MORTGAGE SERVICES, LLC
ATTN: BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806

LAW OFFICES OF IRA T. NEVEL
175 N. FRANKLIN STREET
SUITE 201
CHICAGO, IL 60606

THOMAS KARASCH
MARY KARASCH
6259 BRYCE LN.
CHERRY VALLEY, IL  61016

BERNARD J. NATALE, LTD.
1639 N. ALPINE ROAD, SUITE 401
ROCKFORD, IL  61107